**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO.,<br><br>  Plaintiff,<br><br> v.<br><br>ALLIANT INSURANCE SERVICES, INC.,<br>AND STONE POINT CAPITAL, LLC,<br><br>  Defendants. | Civil Action No.:  20-1248-UNA |

**RULE 7.1 DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Alliant Insurance Services, Inc. hereby makes the following disclosure: Alliant Insurance Services, Inc. is a privately held corporation wholly owned by Alliant Holdings Intermediate, Inc., which is wholly owned by Alliant Holdings Intermediate, LLC, which is wholly owned by Alliant Services, Inc., which is wholly owned by Alliant Holdings, L.P.  All of the foregoing entities are privately held.  No publicly held entity owns 10% or more of Alliant Insurance Services, Inc.'s stock.

POTTER ANDERSON & CORROON LLP

By:   */s/ Kathleen Furey McDonough*
   Kathleen Furey McDonough (No. 2395)
   John A. Sensing (No. 5232)
   Jesse L. Noa (No. 5973)
   Hercules Plaza, Sixth Floor
   1313 North Market Street
   Wilmington, Delaware 19899
   (302) 984-6000
   kmcdonough@potteranderson.com
   jsensing@potteranderson.com
   jnoa@potteranderson.com

*Attorneys for Defendant Alliant Insurance Services, Inc.*

Dated:  September 23, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2020, a copy of the foregoing was served via CM/ECF upon the following of record counsel:

Kenneth J. Nachbar, Esq.
Ryan D. Stottmann, Esq.
Thomas P. Will, Esq.
Miranda Gilbert, Esq.
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801

*/s/ Jesse L. Noa*
Jesse L. Noa (No. 5973)
